IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**WALTER HARRIS,**

    **Petitioner,**

**vs.**                                                  **Case No. 4:09cv58-MP/WCS**

**LARRY CAMPBELL,**

    **Respondent.**

    _____/


## REPORT AND RECOMMENDATION TO DISMISS § 2254 PETITION

    Petitioner Harris, proceeding pro se, filed a 28 U.S.C. § 2254 petition. Doc. 1. He also filed a motion to proceed in forma pauperis, doc. 2, which is granted by separate order.

    Petitioner challenges the judgment of the Second Judicial Circuit, Leon County, imposed in June or September of 2000. Doc. 1, p. 1. Petitioner was convicted by a jury of sexual battery, and sentenced to 25 years prison followed by five years probation. *Id.*, pp. 1-2. Petitioner claims that the state trial court erred in denying his motion to vacate, set aside, or correct sentence, which was based on newly discovered evidence. *Id.*, p. 5.

Petitioner already filed a § 2254 petition challenging his 2000 conviction for sexual battery imposed by the Second Circuit, Leon County, case number 99-2402-AF. Harris v. Crosby, 4:0427-RH/WCS.  Adopting the report and recommendation of the undersigned, the court denied the § 2254 petition with prejudice.  Docs. 10 (report and recommendation), 18 (order) and 19 (judgment) in that case.  Denial of the § 2254 petition was affirmed on appeal, and the mandate issued on October 3, 2005.  Doc. 31 in that case.

Petitioner must obtain authorization from the Eleventh Circuit before filing a second or successive § 2254 petition.  28 U.S.C. § 2244(b)(3)(A); § 2254 Rule 9 ("[b]efore presenting a second or successive petition, the petitioner must obtain an order from the appropriate court of appeals authorizing the district court to consider the petition as required by 28 U.S.C. § 2244(b)(3) and (4).").[1]  Unless and until authorization is granted, this court lacks jurisdiction.  Hubbard v. Campbell, 379 F.3d 1245, 1247 (11th Cir.), *cert. denied*, 542 U.S. 958 (2004).

It is therefore respectfully **RECOMMENDED** that the § 2254 petition be **SUMMARILY DISMISSED** as an unauthorized second or successive petition.

**IN CHAMBERS** at Tallahassee, Florida, on March 2, 2009.

     S/     William C. Sherrill, Jr.
     **WILLIAM C. SHERRILL, JR.**
     **UNITED STATES MAGISTRATE JUDGE**

---

[1] Petitioner is advised that forms for seeking authorization are available from the Clerk of the Eleventh Circuit, 56 Forsyth Street NW, Atlanta GA 30303.

Case No. 4:09cv58-MP/WCS

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:09cv58-MP/WCS