IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER HARRIS,

    Petitioner,

v.                                               CASE NO. 4:09-cv-00058-MP-WCS

WALT MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that the § 2254 petition be summarily dismissed as an unauthorized second or successive petition. The Petitioner filed a response (Doc. 6) to the Report and Recommendation in which he agrees that the petition should be "set aside" until Eleventh Circuit approval is sought. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed without prejudice, and the Clerk is directed to close the file.

**DONE AND ORDERED** this *17th* day of July, 2009

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge